IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAR 1 6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 00476**-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

RICHARD OTTO HANSEN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, Agency of the United States of America,
MR. A. JOLLY, Pueblo Unit Manager of Florence Federal Correctional Institution (FCI), sued in his official and individual capacities,
MR. J. BLANK, Pueblo Unit Counselor of the Florence FCI, sued in his official and individual capacities,
MR. D. NELSON, Mailroom Clerk of the Florence FCI, sued in his official and individual capacities, and
MS. M. SIMMONS, Mailroom Clerk of the Florence FCI, sued in her official and individual capacities,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Motion for Leave to File Only an Original Complaint and Motions and Declaration in Support Of, a Motion for Appointment of Competent Counsel and Declaration in Support Of, a Motion for Temporary Restraining Order and/or Preliminary Injunction, a Memorandum of Law in Support of Motion For Leave to File Only and Original Complaint and Motions and Declaration in Support Of, a Memorandum of Law in Support of Motion for Appointment of Competent Counsel and Declaration in Support Of, a Declaration in Support of Motion for Temporary Restraining

Order and/or Preliminary Injunction, a Memorandum of Law in Support of Motion for Temporary Restraining Order and/or Preliminary Injunction, a Civil Rights Complaint Under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) for Declaratory Relief and for Injunctive Relief and for Monetary Relief and with a Jury Demand, and a Memorandum of Law in Support of a Civil Rights Complaint Under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) for Declaratory Relief and for Injunctive Relief and for Monetary Relief and with a Jury Demand. He has failed either to pay the $250.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  __X__  is not submitted
(2)  ____  is missing affidavit
(3)  ____  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ____  is missing required financial information
(5)  ____  is missing an original signature by the prisoner
(6)  ____  is not on proper form (must use the court's current form)
(7)  ____  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ____  An original and a copy have not been received by the court. Only an original has been received.
(9)  __X__  other: <u>motion is necessary only if filing fee is not paid in advance</u>.

**Complaint, Petition or Application:**
(10)  ____  is not submitted
(11)  __X__  is not on proper form (must use the court's current form)

2

(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 15th day of March, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06 - CV - 00476 -BNB

Richard Otto Hansen
Reg. No. 14519-047
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 3-16-06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk