IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00476-BNB

RICHARD OTTO HANSEN,

        Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, Agency of the United State of America,
MR. A. JOLLY, Pueblo Unit Manager of the Florence Federal Correctional Institution
    (FCI), sued in his official and individual capacities,
MR. J. BLANK, Pueblo Unit Counselor of the Florence FCI, sued in his official and
    individual capacities,
MR. D. NELSON, Mailroom Clerk of the Florence FCI, sued in his official and individual
    capacities, and
MS. M. SIMMONS, Mailroom Clerk of the Florence FCI, sued in her official and
    individual capacities,

        Defendants.

## ORDER TO CURE DEFICIENCY

Boland, Magistrate Judge

      Plaintiff submitted a Motion for Leave to Proceed on Appeal In Forma Pauperis and Declaration In Support Of on June 15, 2006. The court has determined that the document is deficient as described in this order. plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
          __ is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
          __ is not submitted
          __ is missing affidavit
          __ is missing certified copy of prisoner's trust fund statement for the 6-month period

|     | immediately preceding this filing |
| --- | --- |
| ___ | is missing required financial information |
| ___ | is missing an original signature by the prisoner |
| X   | is not on proper form (must use the court's current form) |
| ___ | other_____ |

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED June 16, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland  
United States Magistrate Judge